United States District Court
Southern District of Texas

**ENTERED**

June 05, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSUE DANIEL GARCIA SERRANO, | § § § | |
| Petitioner, | § § | CIVIL ACTION NO. 4:26-cv-00866 |
| v. | § § | |
| WARDEN, Joe Corley Processing Center, *et al.*, | § § § | |
| Respondents. | | |

## ORDER

The petitioner, Josue Daniel Garcia Serrano, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). Review of the Executive Office for Immigration Review's *Automated Case Information* website indicates that the petitioner was ordered removed by an immigration judge on August 12, 2025, and that an appeal to the Board of Immigration Appeals (BIA) was withdrawn on April 23, 2026. *See Automated Case Information*, Executive Office for Immigration Review, https://acis.eoir.justice.gov/en (last visited June 5, 2026).[1]

---

[1] Publicly available information related to the petitioner's immigration proceedings may be found by searching for the petitioner by his A-number and nationality at the Executive Office for Immigration Review's website, available at https://acis.eoir.justice.gov/en (last visited June 5, 2026).

**Within five (5) days of the date of this Order**, the parties must provide the Court with a status update stating whether the petitioner's detention is now governed by 8 U.S.C. § 1231(a).

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on June 5, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge