United States District Court
Southern District of Texas
**ENTERED**
July 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JOSUE DANIEL GARCIA SERRANO, §
§
Petitioner, §
§
§   CIVIL ACTION NO. 4:26-cv-00866
v. §
§
WARDEN, Joe Corley Processing Center, §
*et al.*, §
§
Respondents. §

## ORDER OF DISMISSAL

The petitioner, Josue Daniel Garcia Serrano, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention by officials with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). On June 30, 2026, the federal respondents filed a Notice of Removal stating that the petitioner has been removed from the United States. (Dkt. No. 11). The petitioner has not filed any response to the Notice of Removal. Because the petitioner has been removed from the United States, this habeas petition is moot.

The Court therefore **ORDERS** that this case is **DISMISSED without prejudice**. Any pending motions are **DENIED** as moot.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on July 30, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge